Dean v. Chicago & N. W. Ry. Co., 183 Ill. App. 317.

versed and judgment entered here for the defendant in error, Elvira Bergamo, against the plaintiff in error, Tony Tarello, for $46.50.

*Judgment reversed with judgment here.*

Harry Foster Dean, Defendant in Error, v. Chicago and Northwestern Railway Company, Plaintiff in Error.

Gen. No. 18,262.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEW-COMER, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 24, 1913.

### Statement of the Case.

Action by Harry Foster Dean against Chicago and Northwestern Railway Company, a corporation, for the violation of the Civil Rights Act, J. & A. ¶ 3531, by a servant of defendant refusing to carry plaintiff in an elevator, on account of plaintiff being colored. From a judgment in favor of plaintiff for three hundred dollars, defendant brings error.

FRANK D. FULTON and IRVING HERRIOTT, for plaintiff in error; EDWARD M. HYZER, of counsel.

No appearance for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

CIVIL RIGHTS, § 3*—*when refusal to allow negro to ride in elevator violation of statute.* Evidence *held* to show that plaintiff, a negro, was refused the privilege of riding in defendant's depot elevator solely on account of his race and color and that such refusal was an act done by the elevator man in the scope of his employment.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.